In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-224 CV


____________________



STEPHEN GOLDEN, Appellant



V.



MBNA AMERICA BANK, N.A., Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 06-04-04087-CV






MEMORANDUM OPINION



 The appellant, Stephen Golden, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.



 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered June 26, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.